[No. 14869-2-II.  Division Two.  May 18, 1993.]

*In the Matter of the Marriage of* DONALD M. GOETHALS, *Appellant, and* JUDY M. GOETHALS, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-3-00867-2, E. Albert Morrison, J., entered March 8, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.

[No. 11515-1-III.  Division Three.  May 18, 1993.]

JOHN HUBER, ET AL, *Appellants,* v. WESTERN BOTTLING COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Whitman County, No. 88-2-00056-3, Wallis W. Friel, J., entered March 8, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 11825-8-III.  Division Three.  May 18, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALAN DUNCAN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-00736-2, Michael W. Leavitt, J., entered August 9, 1991. *Affirmed* by unpublished opinion per McInturff, J. Pro Tem., concurred in by Thompson, A.C.J., and Schultheis, J. Pro Tem.

[No. 11941-6-III.  Division Three.  May 18, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARK L. STUHR, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-1-00114-3, Donald W. Schacht, J., entered September 9, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.